appellant; Hoffman & Davis, for appellee; Maurice L. Davis, of counsel. Opinion by JUSTICE KILEY. **Not to be published in full.** Opinion filed November 16, 1949; released for publication December 14, 1949.

## City of Chicago, Appellee, v. F. H. Holmes, Appellant. Gen. No. 44,751.

Litsinger, Gatenberg & Spuller, for appellant; John D. Clancy, Jr., of counsel; Benjamin S. Adamowski, Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, and Harry H. Pollack, Assistant Corporation Counsel, of counsel. Opinion by PRESIDING JUSTICE TUOHY. **Not to be published in full.** Opinion filed November 21, 1949; released for publication December 2, 1949.

## Francesca Napolitano, Appellee, v. Bertha Marquis, Appellant. Gen. No. 44,799.

146

Harry D. Cohen, for appellant; Joseph B. Gilbert, for appellee. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed November 21, 1949; released for publication December 2, 1949.

William E. Emmick, Appellee, v. Baltimore and Ohio Railroad Company and Girton Brothers, Inc., Defendants.
Appeal of Baltimore and Ohio Railroad Company, Appellant.

Gen. No. 44,653.

Rawlins & Wright, and E. W. Lademann, for appellant; Fay Warren Johnson, of counsel; Royal W. Irwin, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed November 21, 1949; released for publication December 2, 1949.